# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:18-cv-01690-DAD-SAB<br><br>ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE<br><br>(ECF No. 7) |

        A mandatory scheduling conference is set in this action for February 12, 2019, at 9:30 a.m. in Courtroom 9 before the undersigned. On January 29, 2019, Plaintiff's counsel filed a request to appear telephonically at the mandatory scheduling conference.

        Counsel is directed to the order setting mandatory scheduling conference issued December 12, 2018. The order states that "[i]f one or more parties wish to appear telephonically, counsel shall contact Mamie Hernandez, Courtroom Deputy Clerk, at (559) 499−5672, sufficiently in advance of the conference so that a notation can be placed on the court calendar. The Courtroom Clerk will provide counsel with the **toll−free teleconference number** and **teleconference code** for the call." (ECF No. 3 at 3:4-7 (emphasis in original).)

        The parties are advised that specific information regarding Chamber's procedures is located on the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard

1

Information (in the area entitled "Case Management Procedures). A formal request to appear telephonically is not required.

Accordingly, the parties are directed to contact Mamie Hernandez at (559) 499-5672 to appear telephonically at the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 30, 2019**__

UNITED STATES MAGISTRATE JUDGE

2