# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC., <br><br> Defendant. | Case No. 1:18-cv-01690-DAD-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (ECF No. 11) |

On February 26, 2019, a stipulation was filed dismissing this action with prejudice and with each party to bear its own attorney's fees and costs. (ECF No. 11.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**February 27, 2019**__

UNITED STATES MAGISTRATE JUDGE

1